# Drohan Lee

Vivian Rivera Drohan
T: (212)710-0004
vdrohan@dlkny.com

October 10, 2024

**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *Gaynor et al., v. Diamond et al.,* 24-cv-5690 (KPF)

Dear Judge Failla,

We represent Plaintiffs Gloria Gaynor and Robin Randall in the above-captioned matter. We hereby write jointly with Defendants' counsel to respectfully request an adjournment of the Initial Pretrial Conference ("IPTC") scheduled before Your Honor on October 18, 2024, at 12:00 PM.

This is the parties' first request for an adjournment of the IPTC. We note that counsel for both parties have conferred and Defendants have communicated their intent to file a motion to dismiss. In light of this development, the parties respectfully request an adjournment of the IPTC to January 10, 2025, or a future date convenient to the Court. This extension will facilitate the anticipated motion practice and avoid the needless utilization of Court resources.

In addition, pursuant to Your Honor's August 12, 2024, Order (ECF No. 9), the parties are to submit a joint letter and Proposed Case Management Plan ("CMP") by Thursday of the week prior to the IPTC. In light of the requested adjournment of the IPTC, we respectfully request a corresponding adjournment of the joint letter and CMP.

Accordingly, the parties respectfully request that the Court adjourn the IPTC to January 10, 2025, or to a future date convenient to the Court and extend the corresponding submission deadlines. Thank you for considering these requests.

Respectfully Submitted,

By: */s/ Vivian Rivera Drohan*
Vivian Rivera Drohan, Esq.

cc: Sean M. Hardy, Esq. (via ECF)

Drohan Lee LLP   5 Penn Plaza, 19th Floor, New York, NY 10001   main: (212) 710-0000   www.dlkny.com

Application GRANTED.  The initial pretrial conference previously scheduled for October 18, 2024, is hereby ADJOURNED to **January 9, 2025,** at **3:30 p.m.**  Accordingly, the deadline to file a joint letter and case management plan is ADJOURNED to the Thursday of the week prior to the conference.

The Clerk of Court is directed to terminate the pending motion at docket entry 11.

Dated:   October 11, 2024          SO ORDERED.
         New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE